FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IEHOA CONDE CHEESMAN, an individual,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>TABITHA SNYDER,<br><br>　　　　Defendant. | NO. 1:23-CV-03097-SAB<br><br>**ORDER DISMISSING ACTION** |

　　　Previously, the Court instructed Plaintiff to notify the Court if he intends to pursue the above-captioned case. No response has been filed.

　　　Accordingly, **IT IS ORDERED:**

　　　1.　The above-captioned case is **DISMISSED** without prejudice.

　　　**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

　　　**DATED** this 19th day of November 2025.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Stan Bastian
　　　　　　　　　　　　　　　　　Chief United States District Judge

**ORDER DISMISSING ACTION ~ 1**